# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136413

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHARD G. ALEXANDER, and
CAROL ALEXANDER,
      Plaintiffs/Counter
      Defendants/Appellants,

v

      SC: 136413
      COA: 273433
      Oakland CC: 2004-061478-CZ

EBRAHIM BABAOFF, and
AZAM BABAOFF,
      Defendants/Counter
      Plaintiffs/Appellees.

_____/

      On order of the Court, the application for leave to appeal the January 31, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

11117